AO 106 (Rev. 04/10) Application for a Search Warrant

**FILED**
U.S. District Court
District of Kansas

# UNITED STATES DISTRICT COURT
for the
District of Kansas

NOV  7 2018

Clerk, U.S. District Court
By_____ Deputy Clerk

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

The premises of 1430 South Pershing Avenue, Liberal, Kansas, further described on Attachment A.

)
)
)
)
)
)
)

Case No.    18-6192-01-GEB

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

The premises of 1430 South Pershing Avenue, Liberal,  Kansas, further described on Attachment A.

located in the _____ District of _____ Kansas _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B (Items to be Seized).

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1542, 1028A, 1001 | False Statement in Application for Passport; Aggravated Identity Theft; False Statements |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Christopher R. Kopeck, Special Agent, US Dept of State
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  11/7/18

City and state:  Wichita, Kansas

_____
*Judge's signature*

Honorable Gwynne E. Birzer, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## SEARCH AND SEIZURE WARRANT

I, Christopher R. Kopeck, being duly sworn under oath, depose and say:

1.      I am a Special Agent (SA) with the United States Department of State, Diplomatic Security Service (DSS) assigned to the Saint Louis Resident Office. DSS Special Agents are empowered under 22 U.S.C. §2709 to investigate passport fraud, as well as apply for and serve federal arrest and search warrants.

2.      I have a Bachelor's degree from the United States Merchant Marine Academy and am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program. I have been employed by DSS since April, 2002, and continue to receive training in the laws, rules, and regulations concerning passports and other forms of official identification. I have investigated and arrested numerous individuals for their participation in passport fraud and document fraud-related activities. Based upon my training, experience, and information related to me by other law enforcement personnel who specialize in the investigation of identity theft crimes, I have learned that it is common practice for individuals involved in passport fraud and identity theft to store identification documents and other evidence of those crimes at their residences, just as law abiding people do. Such individuals also acquire amounts of money representing the proceeds of these offenses, they employ certain methods or engage in particular types of financial transactions designed to conceal the source of this income and their connection to it. For instance, I am aware that individuals involved in identity fraud offenses commonly (1) place assets in the names of other individuals; (2) establish what appear to be legitimate businesses to operate as fronts to conceal the

1

source of their income; (3) utilize safety deposit boxes or self-storage facilities to hide assets and cash; and (4) conduct financial transactions online and in other names so as to avoid various reporting requirements. I am also aware that individuals involved in identity fraud offenses commonly keep information on personal computers and electronic data storage devices involving their illegal activities.

3.    This affidavit is submitted for the purpose of establishing probable cause in support of issuing a search warrant for the residence of Araceli VAZQUEZ RENTERIA PORTILLO, a/k/a Sonia FLORES, Angela BALLESTEROS, and Veronica SANCHEZ, located at 1430 South Pershing Avenue, Liberal, KS (the "SUBJECT PREMISES") as described in Attachment "A" for evidence of violations of Title 18 U.S. Code §1542 (Willfully and knowingly making false statements in an application for a passport), Title 18 U.S. Code §1028A (Aggravated identity theft), 18 U.S. Code § 1001 (false statements).

4.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested search warrant and does not purport to set forth all of my knowledge of the investigation into this matter.

5.    The Passport Act of 1926, as amended, was in full force and effect throughout the period of this investigation. This Act, codified in 22 U.S.C. §211(a), authorizes the United States Secretary of State to grant and issue United States passports under rules prescribed by the President and/or other federal laws. One of these rules is that a person seeking a United States passport must

complete and submit an application to the State Department and must submit proof of U.S. Citizenship (typically a birth certificate), and proof of identity (such as a driver's license) with their application.  Another rule allows officers at certain United States Post Offices to accept passport applications and forward them to the State Department for processing.

6.      On December 29, 2015, a renewal application by mail for a United States passport, form DS-82, #271984920, was executed in Liberal, Kansas in the name Sonia FLORES; DPOB: 9/11/78, San Antonio, TX; SSN: 449450221. As proof of identity and United States citizenship, the person identifying herself as Sonia FLORES presented a previously issues U.S. passport, #135591395, issued 12/15/2005 in the same name with the same subject's photograph.  As a result, passport #536984824 was issued to the subject on 01/06/2016.

7.      On November 28, 2017, the aforementioned DS-82 was referred to the Fraud Prevention Manager (FPM) of the National Passport Center (CA/PPT/NPC) as a result of a post-issuance fraud review based on numerous fraud indicators: ties to a confirmed imposter through address; use of multiple identities; subject has applied for U.S. passports in two additional identities: Angelia BALLESTEROS, application #133149738, referred 2/10/2000, not issued; Veronica SANCHEZ, application #133671923, not issued.  Your affiant reviewed the BALLESTEROS and SANCHEZ passport applications and confirmed that all persons represented are one in the same.

8.      A facial recognition check for the subject in the Consular Consolidated Database (CCD) returned matches to the above mentioned identities, as well as a refused Non-Immigrant Visa (NIV) record from 2001 in the name Araceli Haydee VAZQUEZ RENTERIA, DPOB: 11/14/1979,

3

Mexico. Your affiant reviewed the CCD matches and confirmed the NIV application for VAZQUEZ RENTERIA is a match for the person claiming to be FLORES, BALLESTEROS and SANCHEZ.

9.      On or about May 14, 2018, your affiant met with Liberal Police Officer/Chaplain Bill Prater, who confirmed that he knows the person in the DS-82 as Araceli PORTILLO, as she attends the church at which he preaches. He was also able to confirm that she is currently married to Mr. Jose Angel Portillo, and lives at 1430 South Pershing Avenue with him and their children.

10.      On May 14, 2018, your affiant conducted surveillance at 1430 South Pershing Avenue. I observed the subject depart the residence and later arrive the same location, both times utilizing the attached garage to store the vehicle that she operated to transport herself to and from church.

11.      On August 21, 2018, your affiant reviewed the subject's alien registration file (A-file) with Sarah Bowser with Citizenship and Immigration Services (CIS). Subject has an alien number (A#) of 071515854. History includes, but is not limited to: listed as beneficiary of Francisco Vazquez (father), in which her application was denied; and a 2004 listing as a beneficiary of Jose Angel Portillo (husband), A#090328129, in which her application was denied. Photos of the subject in her alien file match those on all of the passport applications listed.

A.      PREMISES TO BE SEARCHED

12.      The premises to be searched is 1430 South Pershing Avenue, Liberal, Kansas (the "SUBJECT PREMISES"). The SUBJECT PREMISES is a single family 1 story residence. The numbers "1430" are on the front of the house (attached garage) and are black in color. The house is light in color with a grayish roof. The SUBJECT PREMISES has an attached garage, which is

4

included in this request. The façade is white in appearance with vinyl siding from the roof to the halfway point down from the roof, then light colored brick from the halfway point to the foundation.

B.    THE ITEMS TO BE SEIZED

13.    From my knowledge and experience in conducting investigations of passport fraud and identity theft, I have found that people who commit passport fraud via the use of an assumed identity keep fraudulently obtained documents used in connection with their passports and financial documents under assumed or false identities in their homes, safes, filing cabinets, as well as in other areas of their homes, in their garages and vehicles, and in self-storage facilities.

14.    I also know from my training and experience that persons who are attempting to commit passport fraud, social security fraud, mail fraud, and identity theft routinely utilize computers and electronic data storage devices to facilitate their crimes. Computers are often used to search for victims, research methods, and create and store evidence of the commission of their crimes. I know that computer hardware, software, and electronic files may be important to a criminal investigation in two distinct ways: (1) the objects themselves may be contraband, evidence, instrumentalities, or fruits of crime, and /or (2) the objects may be used as storage devices that contain contraband, evidence, instrumentalities, or fruits of crime in the form of electronic data. Rule 41 of the Federal Rules of Criminal Procedure permits the Government to search for and seize computer hardware, software, and electronic files that are evidence of crime, contraband, instrumentalities of crime, and/or fruits of crime. In this case, the Government respectfully requests permission to search and seize electronic files, images of both fraudulent and authentic official documents, log files, and internet search histories, including those that may be stored on computer. These electronic files

5

constitute both evidence of crime and contraband. The Government also requests permission to seize hardware that may contain these electronic files if it becomes necessary for reasons of practicality to remove the hardware and conduct a search off-site. I believe that, in this case, the computer hardware is a container for evidence, a container for contraband, and also itself an instrumentality of crimes under investigation.

15.     As described above and in Attachment B hereto, this application seeks permission to search and seize records that might be found on the PREMISES, in whatever form they are found. One form in which the records might be found is stored on a computer's hard drive or other storage media. Some of these electronic records might take the form of files, documents, and other data that is user-generated. Some of these electronic records, as explained below, might take a form that becomes meaningful only upon forensic analysis.

C.     CONCLUSION

16.     I believe based on a review of the above described facts and my training and experience that Araceli VAZQUEZ RETERIA (PORTILLO) obtained a United States passport in the name of Sonia FLORES, which she used to obtain another authentic, but fraudulently obtained, U.S. passport in the name of Sonia Flores, in violation of Title 18 U.S. Code §1542 (Willfully and knowingly making false statements in an application for a passport), Title 18 U.S. Code §1028A (Aggravated identity theft), 18 U.S. Code § 1001 (false statements). As such, I respectfully request a search warrant for the aforementioned PREMISES of Araceli Portillo, a.k.a. PREMISES of Araceli VAZQUEZ RENTERIA (PORTILLO).

[PAGE INTENTIONALLY SHORT]

6

Christopher R. Kopeck
Special Agent
Diplomatic Security Service

SUBSCRIBED and SWORN TO before
me on the 7th day of November, 2018.

HONORABLE GWYNNE E. BIRZER
United States Magistrate Judge
District of Kansas

7

**Attachment A**
**Description of Property**

The premises to be searched is 1430 South Pershing Avenue, Liberal, Kansas (the "SUBJECT PREMISES"). The SUBJECT PREMISES is a single family 1 story residence. The numbers "1430" are on the front of the house (attached garage) and are black in color. The house is light in color with a grayish roof. The SUBJECT PREMISES has an attached garage, which is included in this request. The façade is white in appearance with vinyl siding from the roof to the halfway point down from the roof, then light colored brick from the halfway point to the foundation.

**Attachment B**
**1430 South Pershing Avenue, Liberal, KS**

1.      Any and all documents bearing the name Sonia Flores, Angela Ballesteros, and/or Veronica Sanchez, and/or related to any documents bearing the names Sonia Flores, Angela Ballesteros, and/or Veronica Sanchez;

2.      Any passport in the names Sonia Flores, Angela Ballesteros, and/or Veronica Sanchez with supporting documents, or documents related to the application process for a passport in the names of Sonia Flores, Angela Ballesteros, and/or Veronica Sanchez, no matter when the application occurred;

3.      Indicia of ownership and/or occupancy of the premises located at 1430 South Pershing Avenue, Liberal, Kansas;

4.      Computers and other electronic storage devices including but not limited to the computer/device hardware, software and electronic files which will be searched for (i) any and all documents/files/data bearing the names Sonia Flores, Angela Ballesteros, and/or Veronica Sanchez, and/or related to any documents/files/data bearing the name Sonia Flores, Angela Ballesteros, and/or Veronica Sanchez; (ii) photograph(s) and/or documents/files/data of a passport in the name of Sonia Flores, Angela Ballesteros, and/or Veronica Sanchez, supporting documents for such passport, as well as any information related to the application process for a passport in the name of Sonia Flores, Angela Ballesteros, and/or Veronica Sanchez, no matter when the application occurred; (iii) indicia of ownership and/or occupancy of the premises located at 1430 South Pershing Avenue, Liberal, Kansas, and the device being seized and searched.